Uniatowski v. OAPSE Local 579
Complaint

# Exhibit C

...ation of Public School Employees, AFSCME local 4
...k Creek Drive
...mbus, OH 43229-1591

OAPSE Executive Director:

Effective immediately, I resign membership in all levels of Ohio Association of Public School Employees, AFSCME local 4.

I do not consent to any payment or withholding of dues, fees, or political contributions to the union or its affiliates. If you believe I have given consent in the past, that consent is revoked, effective immediately.

The right to be free from forced union payments is guaranteed under the First Amendment of the Federal Constitution as recognized by *Janus v. AFSCME*. I insist that you immediately cease deducting any and all union dues or fees from my paycheck or account, as is my constitutional right. This notification is permanent and continuing in nature, until I sign indicating otherwise.

Further exaction of union dues or fees against my will violates my constitutional rights. If you refuse to process such cessation of payment, I request that you:

- promptly provide me with a copy of any dues deduction authorization — written, electronic, or oral — the union has on file for me; and
- promptly inform me, in writing, of exactly what steps I must take to effectuate my constitutional rights and stop the deduction of dues/fees.

I understand that OAPSE has arranged to be the sole provider of workplace representation services for all employees in my bargaining unit. I understand further that, in exchange for the privilege of acting as the exclusive bargaining representative, OAPSE must continue to represent me fairly and without discrimination in dealings with my employer and cannot, under any circumstances, deny me any wages, benefits, or protections provided under the collective bargaining agreement with my employer.

I trust that you will act promptly to properly observe my constitutional rights.

Martine Uniatowski
24509 Bruce Road
Bay Village, Ohio 44140
(216) 255-1506

Bay Village School District
non classified

Signature and Date: *Martine Uniatowski*   2.14.25

☑ Do not contact me with any future membership solicitations or union materials.