Uniatowski v. OAPSE Local 579
Complaint

# Exhibit D



# Ohio Association of Public School Employees

American Federation of State, County and Municipal Employees, AFL-CIO

OAPSE/AFSCME Local 4/AFL-CIO, 6805 Oak Creek Drive, Columbus, Ohio 43229-1591
(614)890-4770 • (800)786-2773 • (614)890-3540 FAX
www.oapse.org

February 24, 2025

**Joseph P. Rugola**
*Executive Director*

**Lois Carson**
*State President*

**Michael Lang**
*State Vice President*

**Sheila Dawkins-Flinn**
*State Secretary*

Martine Uniatowski
24509 Bruce Rd
Bay Village OH 44140

Dear Martine,

We are in receipt of a recent notice from you indicating that you wish to withdraw from membership in our Union and to stop your dues deduction authorization.

While we acknowledge your withdrawal from membership, we hope that you will consider the fact that OAPSE members in Ohio make thousands of dollars more each year than those doing exactly the same jobs without our union's representation. We only stay strong when those who benefit from OAPSE do their part to support that work. Additionally, OAPSE members and their families enjoy many other benefits from membership, including low-cost education courses, access to home mortgages, credit cards and discounts to major Ohio theme parks. Also, you must be a union member to vote on a contract with your employer, attend meetings and vote in local union elections or run for office. For better wages, benefits, job security, and a decent retirement income, remain part of our union and carry your share of the load. You should also be aware that your request to have dues deduction authorization cancelled does not satisfy the requirements set forth on the membership application you signed.

If you have any questions, please contact us at (614) 890-4770 or (800) 786-2773.

Thank you.

Very truly yours,

*Kelly McKinniss*

Kelly McKinniss
Administrative Assistant - Accounting

cc: Brian Simak, Local 579 President
Mary Szekely, Local 579 Treasurer
Lloyd Rains, OAPSE Regional Director
Matt Lark, OAPSE Field Representative

---

Cleveland/Canton Field Office, 9555 Vista Way, Suite 230, Garfield Heights, Ohio 44125 • (330)659-7335 / (855)607-6554
Dayton Field Office, 1299 Lyons Road, Dayton, OH 45458 • (614)890-4770 / (800)786-2773
Toledo Field Office, 2340 Detroit Ave; Garden Floor, Maumee, Ohio 43537 • (419)887-5758 / (800)265-1810

