IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Martine Uniatowski, <br><br> Plaintiff, <br><br> v. <br><br> Ohio Association of Public School Employees, Local 579; *and* Bay Village City School District, <br><br> Defendants. | Case No. 1:25-cv-479 <br><br><br> Judge David A. Ruiz |

**Notice of Voluntary Dismissal**

Plaintiff Martine Uniatowski dismisses this matter as to all defendants under Fed. R. Civ. P. 41(a)(1)(A)(i). No defendants have filed an appearance, answer, or motion for summary judgment in this matter. In accordance with the settlement agreement between the partes, Plaintiff dismisses this action with prejudice.

Dated: April 9, 2025

Respectfully submitted,

/s/ Jeffrey M. Schwab

Jacob Huebert (IL Bar No. 6305339)
Jeffrey M. Schwab (IL Bar. No. 6290710)*
Liberty Justice Center
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
512-481-4400
jhuebert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

*Attorneys for Plaintiff*

* admitted *pro hac vice*

1